# Exhibit 15



Chart 1: Flowchart of BOP's Disciplinary System

U.S. Department of Justice
Office of the Inspector General
Evaluation and Inspections Division

9