# Exhibit 16

# FEDERAL BUREAU OF PRISONS

## Office of Internal Affairs

03 - 17 - 2008

Page 1 of 1

| Matter ID  OIA-2008-00746 | OIG Case Number | | Name  BARRICK, BRIAN H | Field Office  BUT |
|---|---|---|---|---|
| Region  NER | Institution  NYM | Open Date  11/26/2007 | Number of Subjects  1 | |
| Date Allegation Rptd.  11/21/2007 | | Investigated By  LOC | Category  3 | |

### CASE DESCRIPTION

(JENKINS, RODERICK) Breach of Security

### CASE SUMMARY

On November 16, 2007, at approximately 4:50 p.m., Supervisory Investigative Agent Mary Jones found a set of Urine Analysis 24-hour keys on the first floor sallyport area. Intelligence Research Officer Roderick Jenkins reported that he did not have his keys. Jenkins did not recall dropping his keys, he claimed he left them in the key slot of the Control Center.

### OTHER COMMENTS

The local investigation sustained the allegation of Breach of Security against Jenkins based on his sworn admission of accidently dropping his 24 hour issued keys. Initially, Jenkins stated that he thought he may have left his keys in the Control Center key slot, but after reviewing the video of himself on the Nice Vision Camera System, dropping his keys on the floor and walking away, he stated he accidently dropped them. Lieutenant Arries found the unsecured keys on the floor a few minutes after Jenkins departed the area. Accordingly, the case against Jenkins was sustained. Disciplinary action is pending. bhb

### FINAL DISPOSITION

### COMPLAINANT INFORMATION

Complainant Name  ARRIES, JAY W          Title/Inmate Reg. No.  SUPVY CORRECTNL OFFCR

### EVENTS

| Date Scheduled 11/26/2007 | Suspense/Due Date 03/26/2008 | Description | LOCAL INVESTIGATION AUTHORIZED |
|---|---|---|---|
| Comments | | | |
| Date Scheduled 01/22/2008 | Suspense/Due Date 03/26/2008 | Description | ONGOING LOCAL INVESTIGATION |
| Comments | | | |
| Date Scheduled 02/29/2008 | Suspense/Due Date 03/14/2008 | Description | LOC INV. PACKET REC'D |
| Comments | | | |
| Date Scheduled 03/17/2008 | Suspense/Due Date | Description | LOC INV. PACKET APPROVED |
| Comments | | | |
| Date Scheduled 03/17/2008 | Suspense/Due Date 07/17/2008 | Description | PENDING DISCIPLINARY ACTION |
| Comments | | | |

### CASE STATUS

Status  OPEN          Disposition          Close Date

D000549

# FEDERAL BUREAU OF PRISONS

## Office of Internal Affairs

| Matter ID | OIA-2008-00746 | OIG Case Number | | | Name | BARRICK, BRIAN H | Field Office | BUT |
|---|---|---|---|---|---|---|---|---|
| Region | NER | Institution NYM | Open Date | 11/26/2007 | Number of Subjects | 1 | | |
| Date Allegation Rptd. | 11/21/2007 | | Investigated By | LOC | Category | 3 | | |

### CASE DESCRIPTION

(JENKINS, RODERICK) Breach of Security

### CASE SUMMARY

On November 16, 2007, at approximately 4:50 p.m., Supervisory Investigative Agent Mary Jones found a set of Urine Analysis 24-hour keys on the first floor sallyport area. Intelligence Research Officer Roderick Jenkins reported that he did not have his keys. Jenkins did not recall dropping his keys, he claimed he left them in the key slot of the Control Center.

### OTHER COMMENTS

The local investigation sustained the allegation of Breach of Security against Jenkins based on his sworn admission of accidently dropping his 24 hour issued keys. Initially, Jenkins stated that he thought he may have left his keys in the Control Center key slot, but after reviewing the video of himself on the Nice Vision Camera System, dropping his keys on the floor and walking away, he stated he accidently dropped them. Lieutenant Arries found the unsecured keys on the floor a few minutes after Jenkins departed the area. Accordingly, the case against Jenkins was sustained. Disciplinary action is pending. bhb

### FINAL DISPOSITION

#### COMPLAINANT INFORMATION

Complainant Name ARRIES, JAY W                    Title/Inmate Reg. No.    SUPVY CORRECTNL OFFCR

#### EVENTS

| Date Scheduled | 11/26/2007 | Suspense/Due Date | 03/26/2008 | Description | LOCAL INVESTIGATION AUTHORIZED |
|---|---|---|---|---|---|
| Comments | | | | | |
| Date Scheduled | 01/22/2008 | Suspense/Due Date | 03/26/2008 | Description | ONGOING LOCAL INVESTIGATION |
| Comments | | | | | |
| Date Scheduled | 02/29/2008 | Suspense/Due Date | 03/14/2008 | Description | LOC INV. PACKET REC'D |
| Comments | | | | | |
| Date Scheduled | 03/17/2008 | Suspense/Due Date | | Description | LOC INV. PACKET APPROVED |
| Comments | | | | | |
| Date Scheduled | 03/17/2008 | Suspense/Due Date | 07/17/2008 | Description | PENDING DISCIPLINARY ACTION |
| Comments | | | | | |

#### CASE STATUS

Status OPEN          Disposition          Close Date

FILE COPY

# Office of Internal Affairs
# Review of Local Investigative Packet

OIA Case No.  2008-00746          Facility: MCC New York, NY

Local Investigator's Name: Mary E. Wade-Jones, SIA

Subject: Roderick Jenkins, Intelligence Research Officer

Allegation: Breach of Security

This local investigative packet has been **approved** by the OIA.  Please forward the report and documents to your CEO for appropriate disposition.

Misconduct was sustained as follows:

**Roderick Jenkins, Intelligence Research Officer**
Breach of Security

Reviewed by:          Brian Barrick, Special Agent
Date Reviewed:        March 11, 2008

Reviewed/Approved: _____          3/14/08
                   Supervisory Special Agent          Date

E-MAILED
3/17/08 cw

*"SBU - Sensitive But Unclassified"*

# Office of Internal Affairs
# Review of Local Investigative Packet

OIA Case No. 2008-00746          Facility: MCC New York, NY

Local Investigator's Name: Mary E. Wade-Jones, SIA

Subject: Roderick Jenkins, Intelligence Research Officer

Allegation: Breach of Security

This local investigative packet has been **approved** by the OIA. Please forward the report and documents to your CEO for appropriate disposition.

Misconduct was sustained as follows:

**Roderick Jenkins, Intelligence Research Officer**
Breach of Security

Reviewed by:         Brian Barrick, Special Agent
Date Reviewed:       March 11, 2008

Reviewed/Approved: _____          $\frac{3/14/08}{Date}$

Supervisory Special Agent

*"<u>SBU</u> - Sensitive But Unclassified"*

**Mail Envelope Properties** (47DE5B90.6B9 : 176 : 45942)

| | |
|---|---|
| **Subject:** | 2008-00746-NYM |
| **Creation Date** | 3/17/2008 7:52:48 AM |
| **From:** | BOP-DIR/Internal Affairs-Local Investigative Packets~ |

**Created By:** BOP-DIR/Internal Affairs-Local Investigative Packets~@bop.gov

**Recipients**
bop.gov
  NYMADM1.NYMDOM1
    NYM0033 CC (James Cross)
    NYM5624 (Mary Wade-Jones)

**Post Office**                   **Route**
NYMADM1.NYMDOM1         bop.gov

| **Files** | **Size** | **Date & Time** |
|---|---|---|
| MESSAGE | 1381 | 3/17/2008 7:52:48 AM |
| RLIP-2008-00746.pdf | 14167 | 3/17/2008 6:55:04 AM |

**Options**
| | |
|---|---|
| **Expiration Date:** | None |
| **Priority:** | High |
| **ReplyRequested:** | No |
| **Return Notification:** | None |

| | |
|---|---|
| **Concealed Subject:** | No |
| **Security:** | For Your Eyes Only |

**Junk Mail Handling Evaluation Results**
Message is not eligible for Junk Mail handling
Message is from an internal sender

**Junk Mail settings when this message was delivered**
Junk Mail handling disabled by User
Junk List is not enabled
Junk Mail using personal address books is not enabled
Block List is not enabled

# FEDERAL BUREAU OF PRISONS

## Office of Internal Affairs

**03 - 11 - 2008**

| Matter ID  OIA-2008-00746 | OIG Case Number | | Name  BARRICK, BRIAN H | Field Office  BUT |
|---|---|---|---|---|
| Region  NER | Institution  NYM | Open Date  11/26/2007 | Number of Subjects   1 | |
| Date Allegation Rptd.  11/21/2007 | | Investigated By  LOC | Category   3 | |

### CASE DESCRIPTION

(JENKINS, RODERICK) Breach of Security

### CASE SUMMARY

On November 16, 2007, at approximately 4:50 p.m., Supervisory Investigative Agent Mary Jones found a set of Unne Analysis 24-hour keys on the first floor sallyport area. Intelligence Research Officer Roderick Jenkins reported that he did not have his keys. Jenkins did not recall dropping his keys, he claimed he left them in the key slot of the Control Center.

### OTHER COMMENTS

The local investigation sustained the allegation of Breach of Security against Jenkins based on his sworn admission of accidently dropping his 24 hour issued keys. Initially, Jenkins stated that he thought he may have left his keys in the Control Center key slot, but after reviewing the video of himself on the Nice Vision Camera System, dropping his keys on the floor and walking away, he stated he accidently dropped them. Lieutenant Arries found the unsecured keys on the floor a few minutes after Jenkins departed the area. Accordingly, the case against Jenkins was sustained. Disciplinary action is pending. Pending the SSA's review approval.  bhb

### FINAL DISPOSITION

### COMPLAINANT INFORMATION

**Complainant Name**  ARRIES, JAY W

**Title/Inmate Reg. No.**  SUPVY CORRECTNL OFFCR

### EVENTS

| Date Scheduled  11/26/2007 | Suspense/Due Date  03/26/2008 | Description  LOCAL INVESTIGATION AUTHORIZED |
|---|---|---|
| Comments | | |
| Date Scheduled  01/22/2008 | Suspense/Due Date  03/26/2008 | Description  ONGOING LOCAL INVESTIGATION |
| Comments | | |
| Date Scheduled  02/29/2008 | Suspense/Due Date  03/14/2008 | Description  LOC INV. PACKET REC'D |
| Comments | | |

### CASE STATUS

Status  OPEN          Disposition          Close Date

# FEDERAL BUREAU OF PRISONS

## Office of Internal Affairs

11 - 26 - 2007

Page 1 of 1

| Matter ID OIA-2008-00746 | OIG Case Number | | Name BARRICK, BRIAN H | Field Office BUT |
|---|---|---|---|---|

Region NER          Institution NYM          Open Date 11/26/2007          Number of Subjects 1

Date Allegation Rptd.          11/21/2007          Investigated By LOC          Category 3

### CASE DESCRIPTION

(JENKINS, RODERICK) Breach of Security

### CASE SUMMARY

On November 16, 2007, at approximately 4:50 p.m., Supervisory Investigative Agent Mary Jones found a set of Urine Analysis 24-hour keys on the first floor sallyport area. Intelligence Research Officer Roderick Jenkins reported that he did not have his keys. Jenkins did not recall dropping his keys, he claimed he left them in the key slot of the Control Center.

### OTHER COMMENTS

### FINAL DISPOSITION

### COMPLAINANT INFORMATION

Complainant Name     ARRIES, JAY W

Title/Inmate Reg. No.          SUPVY CORRECTNL OFFCR

### EVENTS

Date Scheduled 11/26/2007          Suspense/Due Date 03/26/2008          Description     LOCAL INVESTIGATION AUTHORIZED

Comments

### CASE STATUS

Status OPEN          Disposition          Close Date

D000555

# FEDERAL BUREAU OF PRISONS
## OFFICE OF INTERNAL AFFAIRS
### SUBJECT REPORT

11/26/2007

Matter ID:  OIA-2008-00746

Agent:  BARRICK, BRIAN H

Page 1 of 1

---

## SUBJECT INFORMATION

Name:   JENKINS, RODERICK

SSN:

Region:   NER

Inst:  NYM

Title:  CORRECTNL PROG SPECLST

| Series | Payplan | Grade | Step | Discipline |
|--------|---------|-------|------|------------|
| 0006 | GL | 09 | 10 | 2 |

Duty Date: 01/02/1990

Haz.Duty Date:   01/02/1990

Probationary:   N      Union Representation:

## REPORTED ALLEGATIONS

Allegation Master Code   111      Allegation Sub-Code   057      Reported Date   11/21/2007      Legal Action      Sentence Date

Offense

Comments

---

## SUSTAINED ALLEGATIONS

## STATUS

Disposition:      Close Date:      Disciplinary Action:      Days Suspended:

Comments:

---

## DEMOGRAPHIC INFORMATION

Sex:   M      Race:   C      DOB:   1966

Address:   21 A MARTIN LUTHER KING

City:   HEMPSTEAD      State:  NY      Zip:   11550-0000

Home Phone:

D000556

BP-S715.012 **REFERRAL OF INCIDENT (INTERNAL AFFAIRS)**
AUG 01 **(In Preparation of Telephonic Report)** CDFRM
**U.S. DEPARTMENT OF JUSTICE** FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Date of Incident: November 16, 2007 | Time of Incident: 4:50 p.m. |

Place Incident: MCC New York First Floor Sallyport

Allegation(s) Breach of Security.

Source of Allegation(s) Jay Arries, SIS Lieutenant

Subject of Incident's Information:

| Full Name: Roderick Jenkins | Title and Grade<br>Intelligence Research Officer GS-09 |
|---|---|

Victim (Inmate) Information (If applicable):

| FULL NAME | Title/Reg. No. |
|---|---|

SUMMARY OF INCIDENT: (Provide brief, but complete summation of incident including names of any witnesses)

On November 16, 2007, at approximately 4:50 p.m., Jay Arries, SIS Lieutenant, informed the Acting Captain/SIA, Ms. Jones that he found a set of Urine Analysis 24 hours keys on the first floor sallyport area. After a review of the staff roster, Ms. Jones notified several staff members that was assigned to work in the urine analysis office to check to make sure they were in control of there 24 hrs keys. Intelligence Research Officer Roderick Jenkins stated that he did not have his keys. Officer Jenkins stated he don't recall dropping his key but he think he left them in the key slot in Control:

Describe any action taken locally prior to OIA referral: Are local, state or federal authorities involved?

Classification 3 Case ___X__ Yes ___ No

Printed Name and Signature of Person Preparing Referral of Incident
Mary E. Wade-Jones, SIA

| CEO's Printed Name and Signature<br><br>James N. Cross, Warden | Location | Date |
|---|---|---|

**NOTE:** Please fax all pertinent information as soon as possible after completion of the telephonic referral. Include all statements, memos, affidavits, medical reports, personnel actions as may apply.

**OIA FAX: FTS 368-8628** **(202) 514-8625**

(This form may be replicated via WP)

# SIA Investigative Report

**OIA Case No.:**    2008-00746                    Local Case No.: NYM-00727

**Subject and Allegation:**    Roderick Jenkins
Intelligence Research Officer, GL-9
Breach of Security (Sustained)

**Institution/Location:**    Metropolitan Correctional Center (MCC)
New York, New York

**Assigned Agent:**    Mary E. Wade-Jones, SIA                    3/20/08
                                                                                       Date

## Executive Summary

The allegation of Breach of Security was alleged by Jay Arries, Operations Lieutenant, against Roderick Jenkins, Intelligence Research Officer. Warden, James N. Cross, received the allegation of Breach of Security on November 26, 2007.

The allegation by Lieutenant Arries against Jenkins was that he was found a set of keys on the first floor sally port by the Control Center key issue window. Lieutenant Arries stated that there was no staff present at the time. The keys were later identified as twenty-four-hour keys assigned to the Urinalysis office. Jenkins identified the keys being assigned to him and stated that he doesn't think that he dropped the keys but maybe he left them in the Control Center key slot. A review of the Nice Vision Camera System revealed that Jenkins retrieved his keys from the Control Center key slot and dropped a set of keys on the floor prior to Lieutenant Arries arrival. Program Statement 5500.11, Correctional Services Manual, states in Chapter 2, page 13 section E: All key rings must be secured. They will be done by the institution providing a clip that attaches to the employee's belt and providing a chain that will attach to both. Therefore, the charge of Breach of Security is sustained.

"_SBU_ - Sensitive But Unclassified"

OIA Case No. 2008-00746

# Administrative Reporting and Processing

This complaint was referred to the Office of Internal Affairs (OIA), on November 16, 2007, for review and classification. OIA deferred the matter to MCC New York on November 26, 2007. Special Investigative Agent, Mary Wade-Jones conducted the investigation.

## References

Program Statements 5500.11, Correctional Services Manual, Chapter 2, Page 13, section E, states: All keys must be secured. This will be done by the institution providing a clip that attaches to the employee's belt and providing a chain that will attach to both.

## Witnesses

Staff:
        Jay Arries, Operations Lieutenant
        Roderick Jenkins, Intelligence Research Officer

## Factual Information

**Jay Arries, Operations Lieutenant,** stated that on November 16, 2007, as he exited the staff elevator on the first floor sally port he observed a key ring laying on the floor near the Control Center key issue window. There was no staff in the first floor sally port area at the time. The key ring was later identified as a twenty-four-hour key ring for the Urinalysis Office. Lieutenant Arries stated he turned to the keys over to the Acting Captain.

**Roderick Jenkins, Intelligence Research Officer,** stated that on November 16, 2007, at approximately 7:55 p.m., he was informed by the Acting Captain that his twenty-four-hour key ring was found on the first floor sally port. Jenkins stated to the Acting Captain that he doesn't think that he dropped the keys and that he may have left them in the Control Center key slot. Jenkins also stated that after reviewing the video footage it was obvious that he did not realize he dropped the keys. Jenkins stated that if he had known or heard the keys dropped that he would have picked them up. Jenkins says it wasn't intentional but and accident.

*"**SBU** - Sensitive But Unclassified"*

D000559

OIA Case No. 2008-00746

## Conclusion

The SIA investigation revealed that Lieutenant Arries did find a set of keys on the first floor sally port. The Nice Vision Camera System revealed that Lieutenant Arries found the keys as he exited the elevator on the first floor sally port. The camera also revealed that Jenkins drew his keys several minutes prior to Lieutenant Arries arrival. Jenkins was notified about the keys and identified the keys as the twenty-four-hours keys assigned to him. Jenkins also stated that after reviewing the video footage it was obvious that he did not realize that he had dropped his key. Jenkins stated that it was unintentional. **Therefore, the charge of Breach of Security is sustained.**

The investigative findings provided in this report should be used in conjunction with supportive data and findings established in Program Statement 3420.09, Standards of Employee Conduct, to determine specific violations of staff misconduct.

BP-S194.012 **WARNING AND ASSURANCE TO EMPLOYEE**
         **REQUIRED TO PROVIDE INFORMATION**  CDFRM
AUG 01
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

This is an official administrative inquiry regarding misconduct or improper
performance of official duties.

This inquiry pertains to: Breach of Security.

The purpose of this interview is to obtain information which will assist in the
determination of whether administrative action is warranted.

You are going to be asked a number of questions regarding the performance of your
official duties.

You have a duty to reply to these questions and agency disciplinary action,
including dismissal, may be undertaken if you refuse or fail to reply fully and
truthfully.

Neither your answers nor any information or evidence gained by reason of your
answers can be used against you in any criminal proceeding, except that if you
knowingly and willfully provide false statements or information in your answers,
you may be criminally prosecuted for that action. The answers you furnish and
any information or evidence resulting therefrom may be used in the course of
agency disciplinary proceedings which could result in disciplinary action,
including dismissal.

If you are a member of the bargaining unit and you believe your rights are being
threatened, you may request the presence of a representative. If you desire a
representative, no further questioning will take place until your representative
is present. However, if your representative is not available within a reasonable
period of time, questioning may proceed without a representative being present.


**ACKNOWLEDGMENT**

I have read and understand my rights and obligations set forth above:

| Employee Signature | Date |
|---|---|
| | 02 26 08 |
| Signature of Bureau of Prisons Official Conducting inquiry | Date |
| | 2/26/08 |

(This form may be replicated via WP)                    This form replaces BP-S194 dated AUG 93.

*SBU* - *Sensitive But Unclassified*

D000561

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
*MCC New York, 10007*

## AFFIDaVIT

State of New York)

         ss

Country of U.S.A.)

County of Manhattan)

I, Mr. Roderick Jenkins, Intelligence Research Specialist, at the Metropolitan Correctional Center, New York, New York after being duly sworn, do hereby make the following statement freely without any promises or assurances.

1. I affirm that I have not taken any medication nor have I consumed any alcoholic beverages nor any illicit drugs prior to being interviewed by the Special Investigative Agent.

2. I affirm that I do not have a recording device on my person or in my effects and I understand that this interview is not being recorded by the Special Investigative Agent.

3. I affirm that I understand this is an official information inquiry, and that I am not to discuss this interview without the permission of the Special Investigative Agent.

On November 16, 2007, at approximately 7:55 p.m., I was informed by the Acting Captain(Jones) that my twenty-four-hour key ring was found on the first floor sally port. I stated to Ms. Jones that I don't think that I dropped the keys and that I may have left them in the Control Center key slot. After I reviewed the tape, it's obvious that I did not realize that I had dropped my twenty four-hour keys. If I had known or heard the keys dropped of course I would have picked them up it wasn't intentional. It was an unintentional accident.

Page 1 of 1      Affiant's Initials

DEPARTMENT OF JUSTICE
**FEDERAL BUREAU OF PRISONS**
*MCC New York , New York 10007*

## OATH

I declare, under the pains and penalty of perjury, that the foregoing statement consisting of 1 page(s) is true and accurate to the best of my knowledge and belief.

_____
*AFFIANT*

*Subscribed and sworn to before me this 26th day of February 2008.*

*Authorized by 5 U.S.C. 303*
*to Administer Oaths*

_____
M. Wade-Jones
*SIA*
*Federal Bureau of Prisons*

D000563

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
*MCC New York, 10007*

### AFFIDaVIT

State of New York)

            ss

Country of U.S.A.)

County of Manhattan)

I, Mr. Jay Arries, Operations Lieutenant, at the Metropolitan Correctional Center, New York, New York after being duly sworn, do hereby make the following statement freely without any promises or assurances:

1. I affirm that I have not taken any medication nor have I consumed any alcoholic beverages nor any illicit drugs prior to being interviewed by the Special Investigative Agent.

2. I affirm that I do not have a recording device on my person or in my effects and I understand that this interview is not being recorded by the Special Investigative Agent.

3. I affirm that I understand this is an official information inquiry, and that I am not to discuss this interview without the permission of the Special Investigative Agent.

On November 16, 2007, as I exited the staff elevator on the first floor I saw a key ring laying on the floor near the Control Center issue window. There were no staff in the first floor sally port area at the time. I secured the key ring which was identified as a twenty-four hour key ring for the Urinalysis Officer. I then turned the key over to the Acting Captain.

Page 1 of 1      Affiant's Initials

D000564

DEPARTMENT OF JUSTICE
**FEDERAL BUREAU OF PRISONS**
*New York, New York 10007*

**OATH**

I declare, under the pains and penalty of perjury, that the foregoing statement consisting of 1 pages is true and accurate to the best of my knowledge and belief.

_____
AFFIANT

*Subscribed and sworn to before me this 20th day of February 2008.*

*Authorized by 5 U.S.C. 303
to Administer Oaths*

M. Wade-Jones
*SIA*
*Federal Bureau of Prisons*



# UNITED STATES GOVERNMENT
# MEMORANDUM

Metropolitan Correctional Center, New York, New York

DATE: November 16, 2007

TO: ~~S. I. A. McAlones~~

FROM: Roderick Jenkins I.R.S

SUBJECT: U/A 24 Hour KEYS

On the above date approxmitley 7:55 p.m. I was informed by Ms. Jones that my 24-hour key was found on the first floor sallyport, and to come to her office to retreive the key. I then stated to Jones that I don't think that I drop the key and that I may have left them in the slot of control center.

D000566



# UNITED STATES GOVERNMENT

# MEMORANDUM

Metropolitan Correctional Center, New York, New York

**DATE:**     November 28, 2007

**TO:**     Mary Wade-Jones, SIA

**FROM:**     J. Arries, SIS Lieutenant

**SUBJECT:**     Found Keys

On November 16, 2007, I exited the staff elevator on the first floor, where I observed a key ring laying on the floor near the Control Center issue window. No staff were in the first floor sallyport at the time. I secured the key which was identified as a 24 hour ring for the U/A Officer keys. The key ring was turned into Mary Wade-Jones, Acting Captain.

*FOI Exempt-Sensitive But Unclassified*

Brian Barrick - 2008-00746-NYM-Local Investigative Packet Review

Page ·

| | |
|---|---|
| From: | Brian Barrick |
| To: | Donna Smith |
| Date: | 3/11/2008 2:21:30 PM |
| Subject: | 2008-00746-NYM-Local Investigative Packet Review |

Donna,

Please see the attached Local Investigative Packet Review form for the above MCC New York case. Breach of Security was sustained against Jenkins based on his sworn admission of accidently dropping his 24 hour issued keys. Initially, Jenkins stated that he thought he may have left his keys in the Control Center key slot, but after reviewing the video of himself on the Nice Vision Camera System, dropping his keys on the floor and walking away, he stated he accidently dropped them. Lieutenant Arries found the unsecured keys on the floor a few minutes after Jenkins departed the area. Accordingly, the case against Jenkins was sustained. Thanks....

Brian Barrick, Special Agent
Federal Bureau of Prisons
Office of Internal Affairs
Butner Field Office
(919) 575-3900 ext. 6780
(919) 575-4854 - Fax

SENSITIVE/PRIVILEGED COMMUNICATION .
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

C:\DOCUME~1\BOP2858\LOCALS~1\Temp\GW}00001.TMP

Page

## Mail Envelope Properties  (47D6CDAA.833 : 229 : 63052)

| | |
|---|---|
| **Subject:** | 2008-00746-NYM-Local Investigative Packet Review |
| **Creation Date** | 3/11/2008 2:21:30 PM |
| **From:** | Brian Barrick |

**Created By:**  bbarrick@bop.gov

**Recipients**                                                          **Action**                    **Date & Time**
bop.gov
  PO2.BOPMSCO
    BOP7835 (Donna Smith)

**Post Office**                                                         **Delivered**                **Route**
PO2.BOPMSCO                                                             Pending                      bop.gov

| **Files** | **Size** | **Date & Time** |
|---|---|---|
| MESSAGE | 1986 | 3/11/2008 2:21:30 PM |
| Review-Barrick.wpd | 5316 | 3/11/2008 2:11:44 PM |

**Options**

| | |
|---|---|
| **Auto Delete:** | No |
| **Expiration Date:** | None |
| **Notify Recipients:** | Yes |
| **Priority:** | Standard |
| **ReplyRequested:** | No |
| **Return Notification:** | None |
| | |
| **Concealed Subject:** | No |
| **Security:** | Standard |
| | |
| **To Be Delivered:** | Immediate |
| **Status Tracking:** | Delivered & Opened |

D000569